

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO COMMUNITY COLLEGE DISTRICT, | § | No. 08-13-00258-CV |
|  | § | Appeal from the |
| Appellant, | § | 243rd District Court |
| v. | § | of El Paso County, Texas |
| ROSA GONZALEZ, | § | (TC#2008-3813) |
| Appellee. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Cost are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF NOVEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.